# UNITED STATES DISTRICT COURT
Western District of Tennessee

UNITED STATES OF AMERICA

v.

TED M. WILLIAMS                               Case No.  2:06-20153-1-Ma

---

### ORDER RELIEVING FEDERAL DEFENDER
---

     The Federal Defender's Office had previously been appointed to represent the defendant in this matter.  The defendant appeared before the court on this date for arraignment with private counsel.  As the defendant has retained private counsel to represent him, the Federal Defender's Office is hereby relieved of further representation of this defendant.

     SO ORDERED this the 24th day of May, 2006.


                                                    s/ James H. Allen

                                                  UNITED STATES MAGISTRATE JUDGE


                  This document entered on the docket sheet in compliance
                  with Rule 55 and/or Rule 32(b) FRCrP on _____